No. 609. CONTINENTAL INSURANCE COMPANY ET AL. *v.* UNITED STATES ET AL.; and

No. 610. SEWARD PROSSER ET AL. *v.* UNITED STATES ET AL. Appeals from the District Court of the United States for the Eastern District of Pennsylvania. Argued January 18, 19, 1922. Order entered February 27, 1922.

It is ordered that these cases be restored to the docket for reargument, as the first cases for hearing April 10 next, on the question whether the decree in the District Court, from which these are appeals, is in conformity with the opinion of this court in *United States* v. *Reading Co.,* 253 U. S. 26, and that the Attorney General be advised of this order.